UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025
```

-----------------------------------------------------------: :

SHAWMISHA ALLEN,                                          :
                                         Plaintiff,      :
                                                         :     No. 25 CV 4563 (NSR)
                    -against-                             :
                                                         :     ORDER
HELP USA INC., HELP SOCIAL SERVICE                       :
CORP., and WAYNE JORDAN                                  :
                                    Defendants.          :
----------------------------------------------------------- :

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. (*See* ECF No. 20.) Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next forty-five (45) days with a request that the agreement be "so ordered" by the Court.

Dated:    December 29, 2025                    SO ORDERED:
          White Plains, NY

                                         _____
                                              NELSON S. ROMÁN
                                         United States District Judge